**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>    Plaintiffs,<br><br>       v.<br><br>BLACKBERRY LIMITED AND<br>BLACKBERRY CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  2:13-cv-01078<br><br><br>**Jury Trial Demanded** |

**STIPULATION OF ACCEPTANCE OF SERVICE AND**
**JOINT STIPULATED MOTION TO EXTEND TIME TO ANSWER**

Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants Blackberry Limited and Blackberry Corporation, jointly come before the Court and stipulate that:

- Defendant Blackberry Limited agrees to waive formal service of process pursuant to the Hague convention and consents to service in this action by delivery of the amended complaint via electronic mail to counsel of record for Defendant Blackberry Limited, as reflected in the signature block below; and

- Defendant Blackberry Corporation was served with the summons and the amended complaint in this action on January 8, 2014.

In return for the above, Plaintiffs agree to extend the time within which all named Defendants must file answers.  Pursuant to Local Rule CV-12, the parties jointly move the Court to set the date by which Defendants Blackberry Limited and Blackberry Corporation will file their answers to March 31, 2014.

DATED: February 4, 2014

Respectfully submitted,

**COUNSEL FOR E-WATCH, INC.,**
**AND E-WATCH CORPORATION**

*/s/ Christopher V. Goodpastor*
Christopher V. Goodpastor
State Bar No. 00791991
LEAD ATTORNEY
Mikal C. Watts
State Bar. No. 20981820
WATTS GUERRA LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0502
Email: cgoodpastor@wattsguerra.com
mcwatts@wattsguerra.com

Francisco Guerra, IV
State Bar No. 00797784
WATTS GUERRA LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 527-0500
Facsimile: (210) 527-0501
Email: fguerra@wattsguerra.com

**COUNSEL FOR BLACKBERRY**
**LIMITED AND BLACKBERRY**
**CORPORATION**

*/s/ Frank Geng*
Frank Geng
Building 6, Brazos East, Suite 100
5000 Riverside Drive
Irving, Texas 75039
Telephone:  (972) 910-3462
Facsimile:  (972) 409-1268
Email:  fgeng@rim.com

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Chester J. Shiu
State Bar No. 24071126
Stefanie T. Scott
State Bar No. 24061617
Gregory S. Donahue
State Bar No. 24012539
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com
cshiu@dpelaw.com
sscott@dpelaw.com
gdonahue@dpelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com